Peter H. Klee, State Bar No. 111707
pklee@luce.com
Suzanne Y. Badawi, State Bar No. 194692
sbadawi@luce.com
Theona Zhordania, State Bar No. 254428
tzhordania@luce.com
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa Street, Suite 3900
Los Angeles, California 90017
Telephone: 213.892.4992
Facsimile: 213.892.7731

Attorneys for Defendant Allstate Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ADNAN HARMOUSH, an individual and RIMA GHAZAL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, a corporation and DOES 1 through 50,<br><br>Defendants. | Case No. CV-09-2906 GW (VBKx)<br><br>**JUDGMENT**<br><br>The Honorable George H. Wu<br>Courtroom: 10 |

On July 16, 2009, at 8:30 a.m., an order to show cause why this matter should not be dismissed for plaintiffs' failure to cooperate in Rule 26(f) requirements and failure to appear at the Scheduling Conference came on for hearing before the Honorable George H. Wu of the above-entitled court. Suzanne Y. Badawi and Peter H. Klee of Luce, Forward, Hamilton & Scripps LLP appeared on behalf of defendant Allstate Insurance Company. No appearance was made on behalf of plaintiffs Adnan Harmoush and Rima Ghazal.

The Honorable George H. Wu dismissed the action without prejudice. Attached as Exhibit A is this court's ruling.

IT IS HEREBY ORDERED that:

1. Judgment be entered in favor of defendant Allstate Insurance Company and against plaintiffs Adnan Harmoush and Rima Ghazal;

2. Plaintiffs take nothing by way of their complaint against Allstate; and

3. Plaintiffs shall pay Allstate its reasonable costs of suit in the amount of $350.

**IT IS SO ORDERED.**

Dated: July 31, 2009

_____
George H. Wu
U.S. DISTRICT JUDGE

101180379.1